**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MONTICELLO INSURANCE COMPANY,**

      **Plaintiff,**

-vs-                                      **Case No. 6:05-cv-548-Orl-19DAB**

**DYNABILT MANUFACTURING COMPANY, INC., JOSEPH EUGENE, VERONICA EUGENE, and CONTINENTAL TIRE NORTH AMERICA, INC.,**

      **Defendants.**

_____

## ORDER

Pursuant to Local Rule 3.01(b), no brief or legal memoranda directed to any written motion filed in this Court, other than a response filed within ten (10) days after being served with the initial motion or application, is permitted absent permission by the Court. *See* Local Rule 3.01(b).

Accordingly, the Reply to Plaintiffs' Memorandum in Opposition to Motion for Reconsideration and Motion to Set Aside, (Doc. No. 51, filed on October 11, 2005), filed by Defendants Joseph Eugene and Veronica Eugene in the instant case, shall be **STRICKEN** from the record for failure to comply with Local Rule 3.01(b).

**DONE** and **ORDERED** in Chambers in Orlando, Florida this __12th__ day of October, 2005.

                                                /s/ Patricia C. Fawsett

```
                              PATRICIA C. FAWSETT, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
```

Copies furnished to:

Counsel of Record

Clerk of Court for the Middle District of Florida